IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3099-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CESAR ALFREDO TORRES, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to restrict (filing 58) is granted.

March 26, 2008.            BY THE COURT:

                           *s/Richard G. Kopf*
                           United States District Judge